UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BEATRICE N. DELAPHOUS** | **CIV. ACTION NO. 3:22-06248** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TONYA BULLOCK, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 15] previously filed herein, having thoroughly reviewed the record, noting the lack of objection thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b) Motion to Dismiss [Doc. No. 11] filed by Defendants, Tonya Bullock, Kelly Cook, and Renita Smith is **GRANTED AS FOLLOWS**:

(1) Plaintiff Beatrice Delaphous's claims under the ADA, the ADEA, the FMLA, and Title VII, plus her individual capacity claims under the LEDL and 42 U.S.C. § 1983 are hereby **DISMISSED WITH PREJUDICE**, for failure to state a claim upon which relief can be granted in accordance with Fed. R. Civ. P. 12(b)(6).

(2) Plaintiff Beatrice Delaphous's official capacity claims under the LEDL, if any, and 42 U.S.C. § 1983 are hereby **DISMISSED WITHOUT PREJUDICE**, for lack of subject matter jurisdiction in accordance with Fed. R. Civ. P. 12(b)(1).

MONROE, LOUISIANA, this 8th day of September 2023.

Terry A. Doughty
United States District Judge